IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RITA OPIE,<br><br>    Plaintiff,<br><br>vs.<br><br>CVS CAREMARK,<br><br>    Defendant. | CV 16-159-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

  Defendant moves for the admission of Heather A. Pierce to practice before the Court in this case with Leonard H. Smith to act as local counsel. Ms. Pierce's application appears to be in order.

  Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Heather A. Pierce pro hac vice is GRANTED on the condition that Ms. Pierce shall do her own work. This means that Ms. Pierce must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Pierce may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Pierce.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Pierce, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

**IT IS ORDERED**.

DATED this 27th day of June, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge