IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RITA OPIE,<br><br>    Plaintiff,<br><br>vs.<br><br>CVS CAREMARK,<br><br>    Defendant. | CV 16-159-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR COUNSEL TO PARTICIPATE BY TELEPHONE** |

Defendant has filed an unopposed motion for *pro hac vice* counsel, Heather Pierce, to participate in the oral argument on Defendant's pending Motion to Dismiss and Compel Arbitration scheduled for June 28, 2017.

In light of Defendant's representation that local counsel, Leonard Smith, will take the lead and will argue Defendant's motion in person, IT IS HEREBY ORDERED THAT Heather Pierce is authorized to appear telephonically at the Oral Argument scheduled for June 28, 2017 at 2:30 p.m. Ms. Pierce shall contact the Court at (406) 247-2346 at the scheduled time to participate in the hearing.

**IT IS ORDERED**.

DATED this 27th day of June, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge