IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RITA OPIE,<br><br>          Plaintiff,<br><br>vs.<br><br>CVS CAREMARK,<br><br>          Defendant. | CV 16-159-BLG-SPW-TJC<br><br>ORDER |

Upon Stipulation of Dismissal with Prejudice (Doc. 28) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, without costs, and waiving all rights of appeal.

DATED this 21st day of March, 2019.

Susan P. Watters
U. S. DISTRICT JUDGE

1